IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOY UNDERGROUND MINING, LLC, t/a JOY MINING MACHINERY<br><br>Defendant. | )<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

### NATURE OF THE ACTION

This is an action under Title II of the Genetic Information Non-Discrimination Act of 2008 to correct unlawful employment practices on the basis of genetic information. As alleged in paragraph 12, below, Defendant unlawfully sought genetic information about applicants for employment by asking applicants as part of a post-offer medical examination whether or not they had a family medical history for a variety of diseases.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 207(b) of the Genetic Information Non-Discrimination Act of 2008, 42 U.S.C. §2000ff-6(a), which incorporate by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e-5(f)(1) and (3).

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Pennsylvania.

## PARTIES

3. Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title II of the GINA, and is expressly authorized to bring this action by Section 207(a) of the GINA, 42 U.S.C. § 2000ff-6(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C.§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Joy Underground Mining LLC, t/a, Joy Mining Machinery, has continuously been a Delaware corporation doing business in the State of Pennsylvania and the City of Houston, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 201(2)(B)(i) of the GINA, 42 U.S.C.§2000ff(2)(B)(i), which incorporate by reference Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, William Tate filed a charge with the Commission alleging violations of Title I of the ADA by Defendant. During the course of the investigation of such charge, EEOC examined

evidence that revealed that Defendant engaged in the unlawful genetic information acquisition at issue in this action.

7. On March 14, 2014 the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe that the GINA was violated and inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

8. The Commission engaged in communications with Defendant to provide Defendant with the opportunity to remedy the discriminatory practices described in the Letter of Determination.

9. The Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

10. On September 21, 2015, the Commission issued to Defendant a Notice of Failure of Conciliation.

11. All conditions precedent to the initiation of this lawsuit have been fulfilled.

12. Since at least February 2012, Defendant engaged in unlawful employment practices at its Houston, Pennsylvania facility and other locations in violation of Section 202(b) of Title II of the GINA, 42 U.S.C.§2000ff-1(b), in that Defendant requested and required Tate and other applicants for employment to state whether or not they had a family medical history for "TB, Cancer, Diabetes, Epilepsy, [and] Heart Disease" as part of a post-offer medical examination conducted for Defendant by third party medical facility. Defendant seeks such information in response to specific questions about Family History in Section IV, entitled, "History" on its Joy Pre-Placement Physical Form, which Defendant routinely uses in its hiring and employment process.

13. The effect of the practices complained of in Paragraph 12, above, has been to deprive applicants for employment of equal employment opportunities and otherwise adversely affect their status as applicants for employment because of their genetic information.

14. The unlawful employment practices complained of in Paragraph 12, above, were intentional.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from seeking information about family medical history from applicants for employment as part of a post-offer medical examination.

B. As part of the permanent injunction, order Defendant to conduct training for its personnel with decision-making responsibilities concerning hiring and medical review policies and forms concerning the prohibitions of discrimination because of genetic information and acquisition of genetic information set forth in GINA.

C. Grant such further relief as the Court deems necessary and proper in the public interest.

D. Award the Commission its costs of this action.

Respectfully submitted,

P. David Lopez
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

_____
Debra M. Lawrence
Regional Attorney

_____
Ronald L. Phillips
Supervisory Trial Attorney

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
10 S. Howard Street, Suite 3000
Baltimore, MD 21201

_____
REGINA M. ANDREW, PA Id. No. 55517
Senior Trial Attorney
EEOC - Baltimore Field Office
10 S. Howard Street, Suite 3000
Baltimore, MD 21201
(410) 209-2724 (Office)
(410) 962-4270 (FAX)
regina.andrew@eeoc.gov (e-mail)

**Attorney for Plaintiff EEOC**